Derek A. Newman, State Bar No. 190467
NEWMAN LLP
505 Montgomery Street, 11th Floor
San Francisco, CA 94111
Phone: (415) 944-5422
Facsimile: (415) 944-5423
dn@newmanlaw.com

Counsel for Plaintiff
Christopher Boffoli

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FLICKR, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 3:24-cv-08115<br><br>**COMPLAINT FOR DIRECT, CONTRIBUTORY, AND VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>DEMAND FOR JURY TRIAL |

Plaintiff Christopher Boffoli ("Boffoli") hereby alleges for his complaint against Defendant Flickr, Inc. ("Flickr") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

### NATURE OF THE CASE

1.     This is a claim for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.

### JURISDICTION

2.     This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.     This Court has personal jurisdiction over Flickr because its headquarters are located within the Northern District of California, San Francisco Division, and because the acts and omissions in question occurred here.

**DIVISIONAL ASSIGNMENT**

5.     Pursuant to Civil L.R. 3-2(c), assignment to the Northern District of California, San Francisco Division is appropriate because a substantial part of the events or omissions giving rise to the claim occurred in the county served by this court division.

**PARTIES**

6.     Boffoli is an individual and resident of the state of Washington.

7.     Flickr is a Delaware corporation with its principal place of business in San Francisco, California.

**FACTS**

**A.     Boffoli created copyrightable photographs and registered them with the U.S. Copyright Office.**

8.     Boffoli is a fine art, editorial, and commercial photographer who created "Big Appetites," a series of photographs featuring tiny figures photographed against real food backdrops. Big Appetites has been published in more than 100 countries around the world and has been featured in major publications such as the New York Times, Washington Post, NPR, and CBS This Morning, among many others.

9.     Fine art photographs from Boffoli's Big Appetites collection can be found in galleries and private collections in the US, Canada, Europe, and Asia. Boffoli is frequently hired by top advertising agencies and brands for commercial commissions based on his work. He also is hired by various publications for editorial commissions. Boffoli's images frequently are licensed for publication in books, magazines, calendars, online publications, commercial websites, and greeting cards.

10.    Boffoli's business is based on licensing and selling the photographs he creates. Big Appetites fine art photographs are currently available for purchase at fine art galleries and have also been included in museum exhibitions in the US and abroad.

11.    Boffoli registered each photograph in the Big Appetites series with the U.S. Copyright Office and has Copyright Registration Nos. VAu 1-106-484 (2011) and VA0001948517 (2014). A copy of these copyright registrations is attached as **Exhibit A**.

**B.    Flickr's customers post photographs from Big Appetites without license or permission from Boffoli on webpages housed on Flickr's servers.**

12.    Flickr operates a platform that allows customers to post content on its servers, including content that infringes on Boffoli's copyrighted work (the "Infringing Content"). The Infringing Content is hosted on Flickr's servers at:

<https://www.flickr.com/photos/manna_drawing/8032057471/>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944655131/>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944655599>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798542264>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798542098>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944654857>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798541560>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798541358>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798541094>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944654095>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798540742>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944653749>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798540402>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798540246>;

<https://www.flickr.com/photos/tawfiqjuhaish/6944656373>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798542648>;

<https://www.flickr.com/photos/tawfiqjuhaish/6798542806>; and

<https://www.flickr.com/photos/tawfiqjuhaish/6798542992>.

13.    The Infringing Content hosted by Flickr contained eighteen photos from Big Appetites without license or permission from Boffoli. A copy of the Infringing Content is provided as **Exhibit B**.

14.    On information and belief, Flickr can remove the Infringing Content hosted on Flickr's servers. Flickr can also disable customers' abilities to post content on the Internet.

15.    On information and belief, the availability of infringing material on Flickr's website acts as a draw for customers, and more customers use Flickr's website as the quality and quantity of available content increases.

16.    Flickr's registration with the United States Copyright Office for receipt of Digital Millennium Copyright Act ("DMCA") notices identifies "dmca@flickr.com" as the email address of its designated agent. A copy of Flickr's registration is provided as **Exhibit C**.

**C.    Flickr refused to remove or disable access to all of the Infringing Content after September 2024, despite notice from Boffoli.**

17.    On September 28, 2024, Boffoli sent a takedown notice to Flickr's dmca@flickr.com email address notifying Flickr of some of the Infringing Content. Flickr responded confirming receipt of Boffoli's request and indicating it would respond as quickly as possible. Boffoli's notice and subsequent correspondence with Flickr are attached as **Exhibit D**.

18.    After sending the September 28 notice, Boffoli discovered more Infringing Content, and sent another takedown notice to Flickr's dmca@flickr.com email address on October 3, 2024. Boffoli's notice and subsequent correspondence with Flickr are attached as **Exhibit E**.

19.    Boffoli never authorized his work to be posted on Flickr's website.

20.    As of November 12, 2024, Flickr had not removed or disabled access to the Infringing Content. (*See* Exhibit B.)

**FIRST CAUSE OF ACTION**
(Copyright Infringement, 17 U.S.C. § 501)

21.    Boffoli hereby incorporates the preceding paragraphs as if fully set forth herein.

22.    Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

23.    Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

24.    Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

25.    Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

26.    Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

27.    Without the permission or consent of Boffoli, photographs from Big Appetites were reproduced, copies were distributed of, and the photographs were displayed by Flickr on its servers and website, flickr.com.

28.    Boffoli's exclusive rights in the photographs in Big Appetites were violated.

29.    Flickr directly infringed Boffoli's copyrights by continuing to allow public access to the Infringing Content on Flickr's servers, despite having actual knowledge of the Infringing Content. Boffoli provided notice to Flickr in compliance with the DMCA, and Flickr failed to expeditiously disable access to or remove the Infringing Content.

30.    Flickr acted willfully.

**SECOND CAUSE OF ACTION**
(Contributory Copyright Infringement, 17 U.S.C. § 501)

31.    Boffoli hereby incorporates the preceding paragraphs as if fully set forth herein.

32.    Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

33.    Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

34. Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

35. Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

36. Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

37. Without the permission or consent of Boffoli, photographs from Big Appetites were reproduced, copies were distributed of, and the photographs were displayed on Flickr's servers and website, flickr.com.

38. Boffoli's exclusive rights in the photographs in Big Appetites were violated.

39. Flickr induced, caused, or materially contributed to the Infringing Content's publication.

40. Flickr had actual knowledge of the Infringing Content. Boffoli provided notice to Flickr in compliance with the DMCA, and Flickr failed to expeditiously disable access to or remove the Infringing Content.

41. Flickr acted willfully.

**THIRD CAUSE OF ACTION**
(Vicarious Copyright Infringement, 17 U.S.C. § 501)

42. Boffoli hereby incorporates the preceding paragraphs as if fully set forth herein.

43. Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

44. Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

45. Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

46.    Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

47.    Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on Big Appetites, (3) distribute copies of Big Appetites, and (4) display Big Appetites publicly.

48.    Without the permission or consent of Boffoli, Flickr's customers posted photographs from Big Appetites on Flickr's website, flickr.com, and photographs from Big Appetites were reproduced, copies were distributed of, and the photographs were displayed on the website and Flickr's servers.

49.    On information and belief, Flickr has the ability to block customers' access to its platform and therefore has the right and ability to supervise its customers' infringing activities.

50.    On information and belief, the availability of infringing material on Flickr's website acts as a draw for customers and Flickr therefore has a direct financial interest in infringing activities.

51.    Flickr turned a blind eye to the infringing activities of its customers, despite having actual knowledge of the Infringing Content. Boffoli provided notice to Flickr in compliance with the DMCA, and Flickr failed to expeditiously disable access to or remove the Infringing Content.

52.    Flickr acted willfully.

## RELIEF REQUESTED

WHEREFORE, Boffoli asks this Court to enter judgment against Flickr granting the following relief:

1.    Temporary and permanent injunctions preventing and restraining infringement of Big Appetites by Flickr under 17 U.S.C. § 502;

2.    An order requiring the destruction of all copies made by or under the control of Flickr of the photographs in Big Appetites and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3.    An award of the actual damages suffered by Boffoli as the result of Flickr's

infringement plus the profits attributable to the infringement under 17 U.S.C. § 504(b);

4.    In the alternative, an award of statutory damages for each infringement of Big Appetites under 17 U.S.C. § 504;

53.    A judgment that Flickr's infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

54.    An award of Boffoli's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

55.    For such other and further relief as may be just and proper under the circumstances.

Dated: November 18, 2024          Respectfully submitted,

NEWMAN LLP

/s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
505 Montgomery Street, Suite 11th Floor
San Francisco, CA  94111
Phone: (415) 944-5422
Facsimile: (415) 944-5423
Email:    *dn@newmanlaw.com*

Counsel for Plaintiff
Christopher Boffoli

COMPLAINT FOR DAMAGES

**DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff Christopher Boffoli demands a trial by jury of all issues presented in this complaint which are triable by jury.


Dated: November 18, 2024                    Respectfully submitted,

                                            NEWMAN LLP

                                            /s/ Derek A. Newman
                                            Derek A. Newman, State Bar No. 190467
                                            505 Montgomery Street, Suite 11th Floor
                                            San Francisco, CA  94111
                                            Phone: (415) 944-5422
                                            Facsimile: (415) 944-5423
                                            Email:    *dn@newmanlaw.com*

                                            Counsel for Plaintiff
                                            Christopher Boffoli

COMPLAINT FOR DAMAGES