# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-106-484**

**Effective date of registration:**

June 13, 2011

---

## Title
**Title of Work:** Disparity Series

## Completion/Publication
**Year of Completion:** 2011

## Author
- **Author:** Christopher Boffoli
- **Author Created:** photograph(s)
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1969

## Copyright claimant
**Copyright Claimant:** Christopher Boffoli
4508 41st Ave SW, Seattle, WA, 98116, United States

## Rights and Permissions
- **Name:** Christopher John Boffoli
- **Email:** cjboffoli@gmail.com
- **Telephone:** 646-283-2982
- **Address:** 4508 41st Ave SW
  Seattle, WA 98116   United States

## Certification
- **Name:** Christopher Boffoli
- **Date:** May 25, 2011

---

**Correspondence:** Yes

Page 1 of 1

**Registration #:** VAU001106484
**Service Request #:** 1-614047791

Christopher Boffoli
Christopher Boffoli
4508 41st Ave SW
Seattle, WA 98116  United States

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0001948517 / 2014-01-23

Application Title: Big Appetites: Tiny People in a World of Big Food.

Title:             Big Appetites: Tiny People in a World of Big Food.

Description:       Book.

Copyright Claimant:
                   Christopher Boffoli.

Date of Creation:  2013

Date of Publication:
                   2013-09-11

Nation of First Publication:
                   United States

Authorship on Application:
                   Christopher Boffoli; Domicile: United States; Citizenship:
                      United States. Authorship: text, photograph(s)

Rights and Permissions:
                   Jodi A Donovan, Workman Publishing Co., Inc., 225 Varick
                      Street, New York, NY, 10014-4381, United States, (212)
                      614-7762, (212) 259-5900, jodi@workman.com

Copyright Note:    C.O. correspondence.

Names:             Boffoli, Christopher

===============================================================================
```