# Exhibit B



All rights reserved



https://www.flickr.com/photos/tawfiqjuhaish/6944655131/

flickr

Back to photostream

Log In    Sign Up

**tawfiq juhaish**    + Follow

984

7
views

0
faves

0
comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved



Back to photostream

flickr

Log In    Sign Up

**tawfiq juhaish**
26+

+ Follow

11 views    0 faves    0 comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved



All rights reserved



All rights reserved



All rights reserved





All rights reserved



All rights reserved



flickr

Log In     Sign Up

← Back to photostream

tawfiq juhaish     + Follow

ImageProxy.mvc4

14 views     0 faves     0 comments

Uploaded on March 1, 2012
Taken on March 1, 2012

© All rights reserved





flickr

Log In    Sign Up

← Back to photostream

tawfiq juhaish    + Follow

ImageProxy.mvc2

13
views

0
faves

0
comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved



← Back to photostream

https://www.flickr.com/photos/tawfiqjuhaish/6798540402

flickr    Log In    Sign Up

**tawfiq juhaish**
ImageProxy.mvc1

+ Follow

15
views

0
faves

0
comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved



All rights reserved



All rights reserved



Back to photostream

**tawfiq juhaish**
54984

+ Follow

12
views

0
faves

0
comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved



All rights reserved



https://www.flickr.com/photos/tawfiqjuhaish/6798542992

flickr

Log In

Sign Up

Back to photostream

tawfiq juhaish

Follow

51

10 views

0 faves

0 comments

Uploaded on March 1, 2012
Taken on March 1, 2012

All rights reserved