# Exhibit C

# Copyright.gov

## DMCA Designated Agent Directory

**Service Provider History:** Effective: January 11, 2023 to Present (Active)

### Service Provider/Designated Agent Information

| | |
|---|---|
| Service Provider: | Flickr, Inc.<br>67 E Evelyn Ave, Ste 200<br>Mountain View, CA 94041 |
| Designated Agent: | Copyright Agent<br>Flickr, Inc.<br>67 E Evelyn Ave<br>Ste 200<br>Mountain View, CA 94041<br>Phone: (833) 522-8820<br>Email: dmca@flickr.com |
| Status: | Active |
| Effective: | January 11, 2023 to Present |