# Exhibit D

**From:** Christopher Boffoli studio@bigappetites.net
**Subject:** Re: [Flickr] Notice of Copyright Infringement
**Date:** September 30, 2024 at 10:28 AM
**To:** Flickr Trust and Safety dmca@flickr.com

I have written my name on the e-mail. That satisfies the requirements. In a decade of filing DMCA takedowns by e-mail this is the first time I have received a complaint such as yours, which is ridiculous and pedantic in the extreme. I wonder what hoops your Flickr customer was made to jump through in order to post my intellectual property on your site. Likely none.

As I indicated before, you will force me to seek a remedy from the court if this willful copyright infringement is not removed in a timely manner. So if this is your final word then I take it as a refusal for you to remove this infringement and Flickr will lose its Safeharbor protection.

Christopher Boffoli
Seattle, Washington, USA

> On Sep 30, 2024, at 10:21 AM, Dieter (Flickr Trust and Safety) <dmca@flickr.com> wrote:

**Dieter** (Flickr)

Sep 30, 2024, 10:21AM PDT

Hello Christopher,

According to the US Copyright Office regarding Section 512 (https://www.copyright.gov/512/), the following are required for takedown requests:

> **(i) the signature of the copyright owner or an authorized agent;**
>
> (ii) identification of the copyrighted work claimed to have been infringed, or, if multiple works are on a single site, a representative list of such works;
>
> (iii) identification of the infringing material or activity (or the reference or link to such material) and information reasonably sufficient to permit the OSP to locate the material (or the reference or link);
>
> (iv) contact information for the copyright owner or authorized agent;
>
> (v) a statement that the person sending the notice has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
>
> (vi) a statement that the information in the notice is accurate, and under penalty of perjury, that the person sending the notice is authorized to act on behalf of the copyright owner .

Your request does not satisfy the requirement for your signature, so we are unable to process it

Your request does not satisfy the requirement for your signature, so we are unable to process it as is.

To satisfy the signature requirement, please designate the electronic signature by typing a forward slash before and after your name (e.g., /Jane Doe/). This format is intended to represent a signature and typed name as is customarily found within the signature block of business correspondence transmitted in hard copy.

Please reply with the requested information at your earliest convenience so we can continue processing your request.

Best regards,

Dieter B.
Flickr Trust and Safety

### Christopher Boffoli

Sep 28, 2024, 3:40PM PDT

My takedown request satisfies everything required by the DMCA (including my name, which is at the bottom). And I have absolutely no patience for your games. So you'll either comply with your obligation under the DCMA and remove this willful infringement in a timely manner, of this matter WILL be forwarded to my legal team with a request that they pursue statutory damages against Flickr. And then you can explain to your boss why you're incapable of doing your very simple job.

Christopher Boffoli

Big Appetites Studio
Seattle, Washington, USA

### Dieter (Flickr)

Sep 28, 2024, 3:34PM PDT

Hello,

Thank you for contacting Flickr. We'd be happy to assist you in this matter as quickly as possible.

Although Flickr provides users with the ability to upload, share and discuss their photos, we take the rights of intellectual property owners very seriously and comply as a service provider with all applicable provisions of the Digital Millennium Copyright Act ("DMCA").

Please review our DMCA takedown guidelines here:

[Copyright and Intellectual Property Policy](#)

The copyright infringement report you've submitted is missing the following information:

- A physical or electronic signature of the owner of the copyright that has been allegedly infringed or of a person authorized to act on behalf of the owner.

To satisfy the signature requirement, please designate the electronic signature by typing a forward slash before and after your name (e.g., /Jane Doe/). This format is intended to represent a signature and typed name as is customarily found within the signature block of business correspondence transmitted in hard copy.

The information asked for in our guidelines is required in order for us to legally remove an infringing document. If you wish to report content posted on Flickr for copyright infringement, please reply with the requested information at your earliest convenience.

We do want to note as well that you are free to use the form we provide on our site for this purpose, which can be found here:

[Report Intellectual Property Infringement](#)

Please let us know if you have any questions.

Best regards,

Dieter B.
Flickr Trust and Safety

**Christopher Boffoli**

Sep 28, 2024, 1:15PM PDT

Hello. I am the author and copyright holder of a series of images called Big Appetites. My work is not in the public domain. My images are registered with the US copyright office under the following registrations:  VAu1106484, VAu001148370, VAu 1-198-948, VAu 1-462-064, VA 2-064-521, VAu-1-359-319, VAu1-412-949, VA 2-262-159, VA 2-264-295, VAu 1-452-529, VA0001948517, VAu 1-489-794, VAu 1-490-001, VAu 1-490-002, PA 2-414-026.

Samples of the work can be seen online here: http://bigappetites.net

The following link is willful infringement in which my copyrighted work has been posted to Flickr without permission, license or attribution. As this constitutes contributory infringement for your company, I would ask that you please comply with your obligation under the DMCA remove the following infringing links in a timely manner:

https://www.flickr.com/photos/manna_drawing/8032057471/

I have a good faith belief that the reported use described above, in the manner I have complained of, is not authorized by the intellectual property rights owner (myself), my agents, or the law; that the information contained in this notice is accurate; and, under penalty of perjury, that I am authorized to act on behalf of the owner of the intellectual property rights at issue.

Christopher Boffoli
Big Appetites Studio
3239 California Ave. SW
Seattle, WA 98116-3304
206.707.9770
hello@bigappetites.net