Derek A. Newman, State Bar No. 190467
Keith Scully, *pro hac vice*
NEWMAN LLP
505 Montgomery Street, 11th Floor
San Francisco, CA  94111
Phone: (415) 944-5422
Facsimile: (415) 944-5423
*dn@newmanlaw.com*
*keith@newmanlaw.com*

Counsel for Plaintiff
Christopher Boffoli

Colby B. Springer, State Bar No. 214868
cspringer@polsinelli.com
**POLSINELLI PC**
1000 Second Avenue, Suite 3500
Seattle, WA  98104
Phone: 206.393.5400

Miya Yusa, State Bar No. 314563
myusa@polsinelli.com
**POLSINELLI LLP**
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Phone: (415) 248-2100

Counsel for Defendant
Flickr, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FLICKR, INC., a Delaware corporation,<br><br>    Defendant. | Case No. 4-24-cv-08115-KAW<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS PER FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Plaintiff Christopher Boffoli ("Plaintiff") and Defendant Flickr, Inc. ("Defendant") (collectively, the "Parties), by and through their attorneys, hereby stipulate that the above-captioned matter, including all claims and counterclaims, should be dismissed with prejudice and without award of attorneys' fees or costs to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: December 18, 2025                    Respectfully submitted,

                                            NEWMAN LLP

                                            /s/ Keith Scully
                                            Keith Scully, *pro hac vice*
                                            Derek A. Newman, State Bar No. 190467
                                            505 Montgomery Street, Suite 11th Floor
                                            San Francisco, CA  94111
                                            Phone: (415) 944-5422
                                            Facsimile: (415) 944-5423
                                            Email:    dn@newmanlaw.com
                                                      keith@newmanlaw.com

                                            Counsel for Plaintiff
                                            Christopher Boffoli


                                            /s/ COLBY B. SPRINGER
                                            Colby B. Springer, State Bar No. 214868
                                            **POLSINELLI** *PC*
                                            1000 Second Avenue, Suite 3500
                                            Seattle, WA  98104
                                            Phone: 206.393.5400
                                            Email:    cspringer@polsinelli.com

                                            Miya Yusa, State Bar No. 314563
                                            **POLSINELLI** *LLP*
                                            Three Embarcadero Center, Suite 2400
                                            San Francisco, CA  94111
                                            Phone: (415) 248-2100
                                            Email:    myusa@polsinelli.com

                                            Counsel for Defendant
                                            Flickr, Inc.

STIPULATION OF DISMISSAL
4-24-cv-08115-KAW

## **FILER'S ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

/s/ Keith Scully
Keith Scully, pro hac vice

STIPULATION OF DISMISSAL
4-24-cv-08115-KAW